**Willie SMITH, Relator, Respondent,**

v.

**INTEGRITY PLUS, and California State Compensation Ins. Fund, Cross–Appellants, Respondents, Relators,**

**Integrity Plus, Uninsured,**

**and**

**California State Compensation Insurance Fund, Intervenor/Cross–Appellant, Respondent, Intervenor.**

Nos. C4–01–95, CX–01–103.

Supreme Court of Minnesota.

April 27, 2001.

Raymond R. Peterson, McCoy, Peterson, Jorstad & Brabbit, Minneapolis, for Employee-Relator.

Arlen R. Logren, Fitch, Johnson, Larson, Walsh & Held, P.A., Minneapolis, for Employer-Respondent.

Roderick C. Cosgriff, Heacox, Hartman, Mattaini, Koshmrl, Cosgriff & Johnson, P.A., St. Paul, for Insurer-Respondent California State Compensation Ins. Fund.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed December 18, 2000, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
/s/ James H. Gilbert
Associate Justice